Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-12-00458-CV

**IN RE** Nicole Iris **VATCHER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
Sandee Bryan Marion, Justice
Steven C. Hilbig, Justice

Delivered and Filed: August 15, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On August 1, 2012, relator filed a petition for writ of mandamus and motion to abate district court proceedings. The court has considered relator's petition for writ of mandamus and motion and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion to abate are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-15189, styled *In the Matter of the Marriage of Thomas R. Vatcher and Nicole Iris Vatcher*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.